**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jasmine ALLEN, Defendant–Appellant.**

**No. 12–10717**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 17, 2012.

Patricia D. Barksdale, Andrew Tysen Duva, Julie Hackenberry Savell, U.S. Attorney's Office, Jacksonville, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Jasmine Allen, Tallahassee, FL, pro se.

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before TJOFLAT, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Jasmine Allen in this appeal from the denial of Allen's motion for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the denial of Allen's motion is **AFFIRMED.**